## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

EVANGELISTA MOQUETE-PEREZ,

    Petitioner,

    v.

WARDEN, FCI FORT DIX,

    Respondent.

CIV. NO. 24-7006 (RMB)

**MEMORANDUM ORDER**

RENÉE MARIE BUMB, Chief United States District Judge

Petitioner Evangelista Moquete-Perez, a federal inmate incarcerated in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking early release from the custody of the Bureau of Prisons upon restoration of earned First Step Act time credits. ("Petition" Dkt. No. 1.) Respondent filed a letter in lieu of an answer, seeking dismissal of the petition as moot. ("Letter" Dkt. No. 15.) For the reasons set forth below, the Court will dismiss the Petition.

## I.      BACKGROUND

Petitioner alleges that he is entitled to restoration of his First Step Act time credits earned prior to entry of a final order of removal against him. ("Petr's Mem. of Law at 5, Dkt. No. 1-1.) For relief, Petitioner seeks restoration and application of his earned First Step Act time credits, leading to his immediate release. (Petition

at 8.)  On October 10, 2024, Respondent filed answer in opposition to relief, asserting that Petitioner failed to exhaust his administrative remedies, and he is not entitled to application of FSA time credits because he is subject to an immigration final order of removal.  (Answer, Dkt. No. 12.)  On September 19, 2025, Respondent filed a letter stating that the Bureau of Prisons released Petitioner from custody on September 15, 2025, and, therefore, the Petition is moot.  (Letter, Dkt. No. 15.)

## II.    DISCUSSION

A habeas corpus petition under § 2241 must present a live "case" or controversy" under Article III of the U.S. Constitution.  A case becomes moot when intervening events eliminate the petitioner's personal stake in the outcome or when the court can no longer provide meaningful relief.  *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698 (3d Cir. 1996).  In this case, the Federal Bureau of Prisons released Petitioner from custody. Because no case or controversy remains, the petition is moot.

**IT IS, therefore, on this 14th day of May 2026,**

**ORDERED** that the Petition, Dkt. No. 1, is **DISMISSED** as moot; and it is further

**ORDERED** that the Clerk shall serve a copy of this Memorandum Order on Petitioner at his last known address; and it is further

2

**ORDERED** that the Clerk shall **CLOSE** this matter.


                    <u>s/Renée Marie Bumb</u>
                    RENÉE MARIE BUMB
                    Chief United States District Judge